```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    RICARDO G. MADRIGAL
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) NO. Cr-S-07-175 LKK
                                 )
14              Plaintiff,       )
                                 ) REQUEST FOR ORDER AND ORDER
15      v.                       ) EXONERATING BOND
                                 )
16  RICARDO G. MADRIGAL,         )
                                 )
17              Defendant.       ) Judge: Hon. Dale A. Drozd
                                 )
18  _____ )

19
```

20      On or about May 2, 2007, a $226,000.00 an appearance bond was
21  posted, secured by real property located at 10290 E. Jahant Road,
22  Acampo, CA, by Ricardo G. Madrigal on his behalf(Cr-S-07-175 LKK) was
23  posted.
24      Our office contacted the San Joaquin Recorder's Office and
25  confirmed that the wrong legal description was attached to the deed of
26  trust when it was filed.
27      It is hereby requested that the $226,000.00 secured appearance
28  bond be exonerated in the above-captioned case and that the Clerk of

the District Court be directed to reconvey back to the Trustor the deed of trust so that it can be re-recorded with the correct description.

Dated: May 3, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
RICARDO G. MADRIGAL

**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $226,000.00 secured by Ricardo G. Madrigal is hereby exonerated.

DATED: May 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/madrigal0175.ord