UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 4, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RICARDO R. MADRIGAL, )<br>)<br>Defendant. ) | Case No. 2:07CR00175-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  RICARDO R. MADRIGAL , Case No. 2:07CR00175-LKK , Charge  18USC § 922(a) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 300,000.00

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    ✔ (Other)    Pretrial Conditions as stated on the record.

Issued at  Sacramento, CA  on  May 4, 2007  at  3:30 p.m. .

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal