```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RICARDO RICKY MADRIGAL
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,    ) No. CR-S-07-175 LKK
                                 )
13             Plaintiff,        )
                                 ) ORDER AFTER HEARING
14       v.                      )
                                 )
15  RICARDO RICKY MADRIGAL,      )
                                 )
16                               ) Judge: Hon. Lawrence K. Karlton
               Defendant.        )
17                               )
    _____
18
```

19      This matter came before the Court for Status Conference on May 22,
20 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S.
21 District Court Judge. The government was represented by its counsel,
22 Assistant United States Attorney Richard Bender. Defendant Ricardo
23 Madrigal was present, represented by his counsel, Chief Assistant
24 Federal Defender Linda Harter.
25      Defense counsel requested that the matter be set for status
26 conference on June 26, 2007 at 9:30 a.m.
27      The parties agreed on the need for additional time to allow time
28 for defense preparation.

1    IT IS ORDERED that this matter be continued to June 26, 2007 at
2  9:30 a.m. for Status Conference.
3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
4  (iv), the period from May 22, 2007 to and including June 26, 2007 is
5  excluded from the time computations required by the Speedy Trial Act
6  due to ongoing preparation of counsel.

DATED: May 23, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT