1 DANIEL J. BRODERICK, #89424
Federal Defender
2 LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 RICARDO R. MADRIGAL

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA, ) No. Cr. S 07-175 LKK GGH
)
13           Plaintiff, )
) DEFENDANT'S REQUEST FOR EXPANDED
14   v. ) APPOINTMENT ORDER; ORDER
)
15 RICARDO R. MADRIGAL, )
)
16           Defendant. )
) Judge: Hon. Gregory G. Hollows
17 _____ )       U.S. Magistrate Judge

18

19     Pursuant to 18 U.S.C. § 3006A, the Office of the Federal Defender

20 was appointed by the duty magistrate to represent the defendant,

21 RICARDO R. MADRIGAL, on April 16, 2007. Counsel undersigned has

22 represented Mr. Madrigal since that time.

23     The defendant has received Notices of Forfeiture Proceedings from

24 the Bureau of Alcohol Tobacco and Firearms (ATF). All of the notices

25 and all of the assets listed in the notices are related to this

26 criminal proceeding. Mr. Madrigal, with assistance of counsel, is in

27 the process of filing a Claim of Ownership pursuant to 18 U.S.C. § 983

28 which would transfer the matter to the district court.

1    18 U.S.C. §3006A(c) states that appointed counsel's representation should continue through every stage of the proceeding "including ancillary matters appropriate to the proceedings". 18 U.S.C. § 983(b)(1)(A) states:

> If a person with standing to contest the forfeiture of property in a judicial civil forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title [18 U.S.C. § 3006A] in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

Accordingly, the defendant respectfully asks this Court to authorize the Federal Defender Office to represent him in all civil forfeiture proceedings related to this case.

Dated: May 24, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
RICARDO R. MADRIGAL

**O R D E R**

Pursuant to 18 U.S.C. § 3006A(c) and 18 U.S.C. §983(b)(1)(A), this Court approves the expansion of the order appointing counsel to represent Ricardo Madrigal to include representation in all civil forfeiture proceedings related to the pending criminal charges.

Dated: 5/30/07                    /s/ Gregory G. Hollows
_____
Hon. GREGORY G. HOLLOWS
U.S. Magistrate Judge

madrigal.ord