UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cv-02036-MCE-EFB |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| MISCELLANEOUS FIREARMS LISTED IN EXHIBIT A, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:07-cr-00175-MCE |
| Plaintiff, | |
| v. | |
| RICARDO MADRIGAL, | |
| Defendant. | |

The Court received the Notice of Related Cases filed October 10, 2007. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a), E.D. Cal. (1997). The actions involve the same parties, are based on the same or a similar claim, and involve the same property transaction or event.

///

1  Because the cases are already assigned to the same district
2  judge, this Order is issued for informational purposes only and
3  shall have no effect on the status of the cases.
4
   Dated: October 26, 2007

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE