```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RICARDO MADRIGAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-07-175-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
|  | ) STATUS CONFERENCE AND EXCLUDING |
|  | ) TIME |
| RICARDO MADRIGAL, | ) |
|  | ) Date: December 20, 2007 |
| Defendant. | ) Time: 9:00 a.m. |
|  | Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICK BENDER, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 29, 2007 be vacated, and the matter set for status conference on December 20, 2007 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to examine possible defenses, to review with the defendant a proposed plea offer and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including December 20, 2007 pursuant to 18 U.S.C. §3161 (h)(8) and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 27, 2007.  Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender


DATED: November 27, 2007.  /s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant

McGREGOR W. SCOTT
United States Attorney


DATED: November 27, 2007.  /s/Rick Bender
RICK BENDER
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** The status conference set for November 29, 2007 is hereby vacated and a new status conference is set for December 20, 2007 at 9:00 am. Time is excluded from today's date through and including December 20, 2007 in the interests of justice pursuant to 18 U.S.C. §3161(h)(1)(F), Local Code (E) and §3161(h)(8)(B)(iv) and Local Code T4.

Dated: November 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE