1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RICARDO MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:07-cr-00175-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE AND EXCLUDING |
| | ) | TIME |
| RICARDO MADRIGAL, | ) | |
| | ) | |
| | ) | Date: February 7, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | | Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICK BENDER, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of February 7, 2008 be vacated, and the matter set for status conference on February 28, 2008 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to examine possible defenses, to review with the defendant a proposed plea offer and to continue investigating the facts of the case.

///

///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 28, 2008 pursuant to 18 U.S.C. §3161 (h)(8) and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 8, 2008.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: February 8, 2008.　　　　　　　　　/s/ Linda C. Harter
　　　　　　　　　　　　　　　　　　　　LINDA C. HARTER
　　　　　　　　　　　　　　　　　　　　Chief Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

DATED: February 8, 2008.　　　　　　　　　/s/Rick Bender
　　　　　　　　　　　　　　　　　　　　RICK BENDER
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The status conference set for February 7, 2008 is hereby vacated and a new status conference is set for February 28, 2008 at 9:00 am. Time is excluded from today's date through and including February 28, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(1)(F), Local Code (E) and §3161(h)(8)(B)(iv) and Local Code T4.

Dated: February 8, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE