1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
RICARDO MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:07-cr-00175-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DEFENDANT'S NOTICE AND MOTION TO EXTEND SELF-SURRENDER DATE; ORDER |
| RICARDO MADRIGAL, | ) | |
| Defendant. | ) | Time: |
| | ) | Judge: Hon. Morrison C. England |

**To: LAWRENCE G. BROWN, Acting United Sates Attorney, and RICHARD BENDER, Assistant United States Attorney, Attorneys for the Plaintiff.**

**PLEASE TAKE NOTICE** that the defendant, RICARDO MADRIGAL, by and through counsel undersigned is requesing that his self-surrender date be extended one week from March 26, 2009 at 2:00 p.m. to April 2, 2009 at 2:00 p.m. **No Court date is requested.**

On February 5, 2009 Mr. Madrigal was sentenced to 57 months in BOP custody followed by a term of supervised release. He was ordered to

self-surrender on March 26, 2009 before 2:00 pm and he was allowed to remain out of custody under the supervision of pretrial services. Ms. Fiddleman is Mr. Madrigal's pretrial services officer. She has reported absolutely no problems with his supervision.

The Bureau of Prisons recently designated Lompoc, in the Central District of California, as the institution where Mr. Madrigal will serve his time.

As was discussed at the sentencing hearing, Mr. Madrigal runs a business that employs roughly 10 people and has many assets. In preparation for his time in custody Mr. Madrigal has been consolidating the business and trying to get his finances in order. (During the pendency of this case his two investment properties were foreclosed and, more recently, his home was foreclosed.) Since his sentencing he has sought advice from a bankruptcy attorney and tax preparer to get his affairs in order. He is requesting one additional week to accomplish this before he turns himself in at a facility that is some distance from home. Attached is a note from the tax preparer indicated that he is working on tax returns for Mr. Madrigal and expects to finish soon.

Dated: March 24, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
RICARDO MADRIGAL

**ORDER**

For the reasons set forth above and good cause appearing it is hereby ordered that:

Defendant Ricardo Madrigal's presently scheduled self-surrender date of March 26, 2009 be extended one week to April 2, 2009 by 2:00 p.m. All other orders regarding his sentence and conditions of release are to remain in full force and effect.

**IT IS SO ORDERED.**

Dated: March 25, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE