```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RICARDO RICKY MADRIGAL

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. CR-S-07-175 MCE
                                   )
12              Plaintiff,         )
                                   ) REQUEST FOR ORDER AND ORDER TO
13        v.                       ) EXONERATE BOND
                                   )
14  RICARDO RICKY MADRIGAL,        )
                                   )
15              Defendant.         )
                                   ) Judge: Hon. Dale A. Drozd
16  _____  )

17
```

On May 4, 2007, Mr. Madrigal was ordered released on a $300,000 bond secured by two separate properties. The first property is located at 10290 E. Jahant Road in Acampo, California and is owned by Ricardo Madrigal. The document number on this deed of trust is 2007-084624. The second property is located at 36 West 20th Street, Tracy, California. This property is owned by Esther Madrigal. The document number on this deed of trust is 2007-084623.

Mr. Madrigal has been sentenced to 57 months in BOP custody. He self-surrendered on April 2, 2009 and is now in BOP custody in FCI Lompoc.

It is hereby requested that the bond secured by the two Deeds of

Trust be exonerated and that the Clerk of the Court be directed to reconvey the property to its owners.

Dated: April 3, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Linda C. Harter*
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
RICARDO RICKY MADRIGAL

### ORDER

**IT IS HEREBY ORDERED** that the $300,000 bail secured by Deeds of Trust relating to the properties located at 10290 E. Jahant Road, Acampo, California, and 36 West 20th Street, Tracy, California, be exonerated.

**IT IS FURTHER ORDERED** that the property be reconveyed to Mr. Madrigal and to Mrs. Madrigal respectively.

Dated: April 6, 2009

_____
Hon. DALE A. DROZD
United States Magistrate Judge