IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,          No. CR S-07-0175 MCE CKD

    vs.

RICARDO MADRIGAL,

        Movant.            <u>ORDER</u>

_____/

        The undersigned hereby recuses herself from this action, and the related action of CIV S-11-2463 MCE CKD, pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case and the related case to another magistrate judge for any further proceedings which may be appropriate or required.

 Dated: September 29, 2011

                                   _____
                                   CAROLYN K. DELANEY
                                   UNITED STATES MAGISTRATE JUDGE

1
mad0175.rec