IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

No. 2:07-cr-00175 MCE-GGH

vs.

RICARDO RICKY MADRIGAL,

    Movant.

ORDER

_____/

       Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On February 19, 2012, respondent moved to dismiss movant's request. There is no certificate of service attached to respondent's motion. Movant has now filed with the court a request for an update on proceedings, which reads in part that "[p]etitioner's Motion was docketed several months ago, and it appears there has been no activity in this case." See Doc. No. 79.

       Movant's request suggests that he has not received notice of respondent's motion to dismiss, and the court is unable to determine if movant was in fact served, because there is no certificate of service attached to respondent's motion.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within 7 days of the filing date of this order, respondent shall serve on movant a copy of the motion to dismiss, and file proof of service with the court. Failure to serve movant, and to file a proof of service, may result in summary denial of the motion to dismiss; and

2. Movant's response to the motion to dismiss, if any, will be due within thirty days of the date of service given on respondent's proof of service. Failure of the movant to respond to the motion to dismiss may result in summary denial of the motion to vacate.

DATED: July 5, 2012

                             /s/ Gregory G. Hollows
                     UNITED STATES MAGISTRATE JUDGE

ggh:rb
madr0175.ord