IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

No. 2:07-cr-00175 MCE-GGH

v.

RICARDO RICKY MADRIGAL,

    Movant.

ORDER

/

    Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 23, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 83) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations (ECF No. 83) filed August 23, 2012, are adopted in full;

2. Respondent's Motion to Dismiss Movant's petition made pursuant to 28 U.S.C. § 2255 (ECF No. 78) is GRANTED;

3. This petition is DISMISSED;

4. For the reasons set forth in the Magistrate Judge's August 23, 2012, Findings and Recommendations (ECF No. 83), Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action; and

5. The Clerk of the Court is directed to close the companion civil case, No. 2:11-cv-2463 MCE GGH.

Dated: October 16, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE