UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M

Honorable Morrison C. England, Jr.
Chief United States District Judge
Sacramento, California

                              RE:    Ricardo MADRIGAL
                                        Dkt. No. 2:07CR00175-01
                                        **PERMISSION TO TRAVEL**
                                        **OUTSIDE THE COUNTRY**

Your Honor:

Ricardo Madrigal is requesting permission to travel to Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 5, 2009, Ricardo Madrigal was sentenced for the offenses of 18 USC 922(a)(1)(A) – Dealing Firearms Without a License (Counts 1-4), 18 USC 924(n) – Interstate Travel to Acquire Firearms to Deal Without a License, 18 USC 922(a)(3) – Transporting Firearms Interstate in Furtherance of Unlicensed Firearms Dealing, and 26 USC 5861(d) – Possession of an Unregistered Machine Gun.

**Sentence Imposed:** 57 months custody Bureau of Prisons; 36 months Supervised Release; $700 Special Assessment. Special conditions: warrantless search, financial disclosure and restrictions, mental health treatment, co-payment for treatment, not associate with Martin Zavala Castro, and not attend any "gun shows" or frequent any businesses where firearms are the chief item of sale.

**Dates and Mode of Travel:** Mr. Madrigal is awaiting the Court's permission before he purchases his plane tickets. He is requesting that he be allowed to stay in Mexico for eight days.

RE: Ricardo Madrigal
Docket Number: 0972 2:07CR00175-001
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:** Mr. Madrigal would like to visit with family in Guadalajara, Jalisco, Mexico. He will stay with his uncle, Juan Manuel Gonzalez, at Calle General Juan Aguirre #523, Gudalajara, Jalisco, Mexico.

Respectfully submitted,

*/s/ Kris M. Miura*

**KRIS M. MIURA**
**United States Probation Officer**

Dated: March 17, 2014
Elk Grove, California
KMM/sda

*/s/ Deborah A. Spencer*
**REVIEWED BY:** **DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒ Approved   ☐ Disapproved

**IT IS SO ORDERED.**

Dated: March 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT