UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
Chief United States District Judge
Sacramento, California

                                                RE:    Ricardo MADRIGAL
                                                          Docket Number:  2:07CR00175-01
                                                          **PERMISSION TO TRAVEL**
                                                          **OUTSIDE THE COUNTRY**

Your Honor:

Ricardo Madrigal is requesting permission to travel to Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 5, 2009, Ricardo Madrigal was sentenced for the offenses of 18 USC 922(a)(1)(A) – Dealing Firearms Without a License (Counts 1-4), 18 USC 924(n) – Interstate Travel to Acquire Firearms to Deal Without a License, 18 USC 922(a)(3) – Transporting Firearms Interstate in Furtherance of Unlicensed Firearms Dealing, and 26 USC 5861(d) – Possession of an Unregistered Machine Gun.

**Sentence Imposed:** 57 months custody Bureau of Prisons; 36 months Supervised Release; $700 Special Assessment. Special conditions: Warrantless search; Financial disclosure and restrictions; Mental health treatment; Co-payment for treatment; Not associate with Martin Zavala Castro; and Not attend any "gun shows" or frequent any businesses where firearms are the chief item of sale.

**Dates and Mode of Travel:** Mr. Madrigal is requesting to travel to Mexico in the month of October. He is awaiting the Court's permission before he purchases his plane tickets. He is requesting that he be allowed to stay in Mexico for approximately one week.

1

RE: **Ricardo Madrigal**
  Docket Number: 0972 2:07CR00175-001
  <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

**Purpose:** Mr. Madrigal would like to visit with family in Guadalajara, Jalisco, Mexico. He will stay with his uncle, Juan Manuel Gonzalez, at Calle General Juan Aguirre #523, Guadalajara, Jalisco, Mexico.

Respectfully submitted,

*/s/ Kris M. Miura*

**KRIS M. MIURA**
**United States Probation Officer**

Dated: September 22, 2014
  Elk Grove, California
  KMM

*/s/ Jack C. Roberson*
**REVIEWED BY:** **JACK C. ROBERSON**
  **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒ Approved ☐ Disapproved

Dated: September 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2